# UNITED STATES DISTRICT COURT
## for
## Western District of Tennessee

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anita Moody Clayton       Case Number: 1:03CR10055-01-T

Name of Sentencing Judicial Officer: Mark Alan Escue

Date of Original Sentence: 12/11/03

Original Offense: Possession of Stolen Mail

Original Sentence: 13 months, 7 days in custody followed by 3 years on supervised release

Type of Supervision: Supervised Release       Date Supervision Commenced: 11/16/04

Assistant U.S. Attorney: Victor L. Ivy        Defense Attorney: J. Michael Mosier

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| General condition | New criminal charges for Reckless Endangerment & Felony Evading Arrest |
| Standard condition #2 | Failure to report to probation officer and submit monthly reports |
| Standard condition #5 | Failure to notify probation officer of change in residence or employment |
| Standard condition #10 | Failure to notify probation officer of contact with a law enforcement officer |
| Standard condition #13 | Failure to pay restitution |
| Special condition | Failure to participate in a drug treatment program |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
    [X] revoked.
    [ ] extended for    years, for a total term of    years.
[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        May 25, 2005

U.S. Probation Officer

THE COURT ORDERS:

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Honorable James D. Todd
Chief U.S. District Court Judge

Date    6 June 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  06-06-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:03-CR-10055 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT