# UNITED STATES DISTRICT COURT
## Western District of Tennessee

United States of America

v.

Anita Moody Clayton

ORDER HOLDING PROBATIONER
FOR REVOCATION HEARING

Case Number: 03-10055-T

---

On September 2, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of her supervised release in this matter. The defendant was or had previously been advised of her rights under FRCrP5 and 32.1(a)(1) and appeared with counsel, Matthew Maddox, who had been appointed.

At this hearing, the Court, after hearing proof, concluded that probable cause was established that the defendant had violated the terms and conditions of her supervised release.

Accordingly, the defendant is held to a final revocation hearing before Judge James D. Todd. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given.

The defendant is remanded to the custody of the United States Marshal.

*S. Thomas Anderson*, United States Magistrate Judge

Date: September 06, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-8-05

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 1:03-CR-10055 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Matthew M. Maddox
MADDOX MADDOX & MADDOX
P.O. Box 827
Huntingdon, TN 38344

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT