JT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF
# TENNESSEE, EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        Docket No. 1:03-10055-01-T

ANITA MOODY CLAYTON,

    Defendant.



FILED BY _____ DC.
05 OCT -4  AM 9:30
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT

FILED BY _____ DC.
05 OCT -4  PM 2:31
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT

## MOTION TO CONTINUE
## SUPERVISE RELEASE VIOLATION HEARING

Comes Anita Moody Clayton, by and through court-appointed counsel, and moves the Court for a continuance of her Supervise Release Violation Hearing currently set for Friday, October 7, 2005, and for grounds therefore states:

1. That court-appointed counsel also practices bankruptcy law with the current date of effective date of the new bankruptcy code of October 17, 2005. Court-appointed counsel desires and has attended past seminars of the Bankruptcy Section of the Memphis Bar Association. The current annual seminar of that section is scheduled for Friday, October 7, 2005, with discussion of the recent changes in the bankruptcy code on the agenda. This is a full day seminar and is scheduled to begin at 8:30 a.m.

2. That with the change in the bankruptcy code, court appointed counsel

**MOTION GRANTED**
**DATE:** 4 Oct 2005

_____
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-06-05

33

In re: U.S. v. Anita Moody Clayton
District Court Case No. 1:03CR10055-001T
Motion To Continue Supervise Release Violation Hearing
Page 2 of 4

needs to stay abreast of these changes so he may continue to practice in that area of the law.

For the above stated reasons court-appointed counsel respectfully moves the Court for an order continuing the Defendant's Supervise Release Violation Hearing currently set Friday, October 7, 2005, at 9:15 a.m., to a date convenient with the Court.

Respectfully submitted, this the 4th day of October, 2005.

*[signature]*

Matthew M. Maddox, 14,400
MADDOX, MADDOX & MADDOX
19695 East Main Street
P.O. Box 827
Huntingdon, Tennessee 38344-0827
(731) 986-4896
Court-appointed counsel for
Anita Moody Clayton

In re: U.S. v. Anita Moody Clayton
District Court Case No. 1:03CR10055-001T
Motion To Continue Supervise Release Violation Hearing
Page 3 of 4

## CERTIFICATE OF CONSULTATION

Court-appointed counsel for the Defendant hereby certifies that on October 3, 2005, he consulted with AUSA Victor Lee Ivy concerning this Motion and AUSA Ivy stated that he has no objection.

Respectfully submitted, this 4th day of October, 2005.

*[signature]*
Matthew M. Maddox, 14,400
MADDOX, MADDOX & MADDOX
19695 East Main Street
P.O. Box 827
Huntingdon, Tennessee 38344-0827
(731) 986-4896
Court-appointed counsel for
Anita Moody Clayton

In re: U.S. v. Anita Moody Clayton
District Court Case No. 1:03CR10055-001T
Motion To Continue Supervise Release Violation Hearing
Page 4 of 4

## CERTIFICATE OF SERVICE

I, Matthew M. Maddox, one of the attorneys for the defendant, do hereby certify that I have served a copy of the foregoing Motion To Continue Supervise Release Violation Hearing upon the Assistant United States Attorney, Victor Lee Ivy, 109 S. Highland, Ste. 300, Jackson, TN 38301, by hand delivering a copy of the same, this the 4th day of October, 2005.

*/s/ Matthew M. Maddox*
Matthew M. Maddox, 14,400
MADDOX, MADDOX & MADDOX
19695 East Main Street
P.O. Box 827
Huntingdon, Tennessee 38344-0827
(731) 986-4896
Court-appointed counsel for
Anita Moody Clayton

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 1:03-CR-10055 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Matthew M. Maddox
MADDOX MADDOX & MADDOX
P.O. Box 827
Huntingdon, TN 38344

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT