IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                  Cr. No.1:03-10055-01-T

ANITA MOODY CLAYTON

### JUDGMENT ON SUPERVISED RELEASE VIOLATION

This cause came to be heard on October 12, 2005, Assistant U. S. Attorney Victor Lee Ivy, representing the government, and the defendant appeared in person and with counsel, Matthew Maddox, who was appointed and admits to the allegations set forth in the Supervised Release Violation Petition. After questioning the defendant, hearing statements of counsel, the Court finds the defendant guilty as charged in the Supervised Release Violation Petition.

IT IS THEREFORE ORDERED that the defendant has violated the terms of her supervised release and that she be sentenced to the custody of the Bureau of Prisons for a period of **TWENTY-FOUR (24) MONTHS** with no further supervision. The Court recommends an institution where the defendant can receive drug treatment and drug counseling.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 13 October 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___10-14-05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 1:03-CR-10055 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Matthew M. Maddox
MADDOX MADDOX & MADDOX
P.O. Box 827
Huntingdon, TN 38344

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT